Argued and submitted September 27, 1991, reversed February 12, 1992

In the Matter of
Carl Jeffrey Warren, a Minor Child.

STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY,
*Respondent,*

*v.*

Carl Jeffrey WARREN,
*Appellant.*

(9006-81563; CA A68127)

823 P2d 1046

Theodore M. Brindle, Portland, argued the cause for appellant. With him on the brief was McKeown & Brindle, P.C., Portland.

Carol J. Fredrick, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

**PER CURIAM**

The petition to establish juvenile court jurisdiction over child alleged that he had committed an act that, if he were an adult, would constitute sexual abuse in the first degree. *Former* ORS 163.425(1)(a)(A).[1] The court, however, found that he had engaged in conduct constituting harassment. ORS 166.065. The state concedes that harassment is *not a lesser included offense of sexual abuse.* We accept the concession and reverse.

Reversed.

---

[1] The crime of sexual abuse in the first degree is now codified at ORS 163.427. Or Laws 1991, ch 830, § 3.